IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RASHAN DIXON                                                                           PLAINTIFF
ADC #108165

v.                         CASE NO. 4:17-CV-00224 BSM

TIM RYALS, et al.                                                                      DEFENDANTS

## ORDER

The recommended disposition [Doc. No. 7] submitted by United States Magistrate Judge Jerome T. Kearney [Doc. No. 7] has been reviewed. No objections have been filed. After reviewing the record, the RD is adopted.

Accordingly, defendant Faulkner County is dismissed for the failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 7th day of June 2017.

_____
UNITED STATES DISTRICT JUDGE