IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SAM EDWARD THURMOND, SR., ADC #127149;   PLAINTIFFS
KHALAN ELLINGTON, ADC #655082;
RASHAN DIXON, ADC #108165;
BOBBY RAY WYLES, JR., ADC #149401;
TERRY DON BEAVER, ADC #657603;
JEREMY TODD HALEY

v.        4:17CV00222-BSM-JTK
          4:17CV00223-BSM-JTK
          4:17CV00224-BSM-JTK
          4:17CV00248-BSM-JTK
          4:17CV00289-BSM-JTK
          4:17CV00368-BRW-JTK

TIM RYALS, Sheriff, Faulkner County; et al.   DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED with prejudice.

IT IS SO ADJUDGED this 4th day of August, 2021.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE